# United States Court of Appeals
## For the First Circuit

———————————

No. 01-2541
01-2603

NEW COMM WIRELESS SERVICES, INC., D/B/A MOVISTAR,

Plaintiff, Appellee,

v.

SPRINTCOM, INC., AND SPRINT SPECTRUM LP,

Defendants, Appellants.

———————————

CENTENNIAL PUERTO RICO LICENSE CORP.,

Intervenor, Appellant.

———————————

ERRATA SHEET

The opinion of this Court issued on April 5, 2002 is corrected as follows:

On page 17, line 17 — delete "fault and the defendant's damage" and replace with "damage and the defendant's fault"